1  James D. Weakley, Esq.      Bar No. 082853
   Brande L. Gustafson, Esq.   Bar No. 267130
2
          WEAKLEY & ARENDT, LLP
3      1630 East Shaw Avenue, Suite 176
            Fresno, California 93710
4          Telephone: (559) 221-5256
           Facsimile:  (559) 221-5262
5             Jim@walaw-fresno.com
             Brande@walaw-fresno.com
6
   Attorneys for Defendants, COUNTY OF FRESNO, FRESNO SHERIFF'S DEPARTMENT,
7  SHERIFF MARGARET MIMS AND SGT. J. McCAHILL

8

9              **IN THE UNITED STATES DISTRICT COURT**

10             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| ESPERANZA BOOKE, individually and as personal representative of the Estate of CHARLES SALINAS;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF FRESNO, CITY OF SANGER, SANGER POLICE DEPARTMENT, FRESNO COUNTY SHERIFF'S OFFICE, SHERIFF MARGARET MIMS OF FRESNO COUNTY SHERIFF'S OFFICE, SANGER CHIEF OF POLICE SILVER RODRIGUEZ, OFFICER ROBERT PULKOWNICK, individually and in his official capacity as a Police Officer for the SANGER POLICE DEPARTMENT, OFFICER ANGELA YAMBUPAH, individually and in her official capacity as a Police Officer for the SANGER POLICE DEPARTMENT, OFFICER JASON BOUST, individually and in his official capacity as a Police Officer for the SANGER POLICE DEPARTMENT, OFFICER PRESTON LITTLE, individually and in his official capacity as a Police Officer for the SANGER POLICE DEPARTMENT, SARGEANT J. MCCAHILL, individually and in his official capacity as a Police Officer for the FRESNO CITY SHERIFF'S OFFICE, and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants.<br>_____ | CASE NO. 1:13-CV-00586-AWI-SAB<br><br>STIPULATION AND ORDER TO CONTINUE THE HEARING ON COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: 04/18/2013<br>Trial Date: TBA |

_____
Stipulation and [Proposed] Order to Continue the
Hearing on County Defendants' Motion to Dismiss

TO THE HONORABLE COURT:

Plaintiff Esperanza Booke ("Plaintiff") by and through her counsel of record and defendants County of Fresno, Fresno County Sheriff's Department, Sheriff Margaret Mims, and Sgt. J. McCahill (collectively "County Defendants") by and through their counsel of record hereby stipulate to continuing the hearing on County Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 24) from July 29, 2013 to **August 5, 2013 at 1:30 p.m.** in Courtroom 2, before District Judge Anthony W. Ishii. Neither party has previously received a continuance for this hearing date.

DATE: July 19, 2013

WEAKLEY & ARENDT, LLP

By:  /s/ Brande L. Gustafson
James D. Weakley,
Brande L. Gustafson
Attorneys for County Defendants

DATE: July 19, 2013

THE LAW OFFICE OF ROBERT HAMPARYAN

By:  /s/ Laura M. Sasaki
Robert Hamparyan,
Laura M. Sasaki
Attorneys for Plaintiff Esperanza Booke

### ORDER

IT IS HEREBY ORDERED that the hearing on County Defendants' Motion to Dismiss Plaintiffs' Complaint in this matter be continued from July 29, 2013 to **August 5, 2013 at 1:30 p.m.** in Courtroom 2 of the above-entitled court.

IT IS SO ORDERED.

Dated:   July 19, 2013

_____
SENIOR DISTRICT JUDGE

Stipulation and [Proposed] Order to Continue the
Hearing on County Defendants' Motion to Dismiss          2