1  Robert May, SBN 250968
2  Garrett May, SBN 275909
   **The May Firm, Inc.**
3  297 Santa Rosa Street, Suite B
4  San Luis Obispo, CA 93405
   Phone:   (805) 980 7758
5  Fax:     (805) 980 7754
6
7  Robert Hamparyan, SBN 181934
   Robert@hamparyanlawfirm.com
8  Laura Sasaki, SBN 187788
9  Laura@hamparyanlawfirm.com
   **The Law Office of Robert Hamparyan**
10 4747 Executive Drive, Suite 700
11 San Diego, CA 92121
   Phone:   (858) 737 3049
12 Fax:     (858) 737 3066
13
14 *Attorneys for Plaintiff Esperanza Booke*

15            UNITED STATES DISTRICT COURT
16
17         FOR THE EASTERN DISTRICT OF CALIFORNIA

18 | ESPERANZA BOOKE, individually | CASE NO. 1:13-cv-00586-AWI-SAB |
19 | and as personal representative of the |  |
   | Estate of CHARLES SALINAS; |  |
20 |  | **NOTICE OF DISMISSAL OF** |
21 | Plaintiff, | **DEFENDANTS COUNTY OF** |
   |  | **FRESNO, FRESNO COUNTY** |
22 | vs. | **SHERIFF'S DEPARTMENT,** |
23 |  | **SHERIFF MARGARET MIMS AND** |
24 | COUNTY OF FRESNO, et al., | **SGT. JASON McCAHILL** |
   |  | **WITHOUT PREJUDICE [F.R.C.P.** |
25 | Defendants. | **Rule 41(a)(1)(A)(i)]** |
26 |  |  |
27 |  | Complaint Filed: April 18, 2013 |

FILED
AUG 02 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff Esperanza Booke, individually and as personal representative of the Estate of Charles Salinas, hereby dismisses Defendants County of Fresno, Fresno County Sheriff's Department, Sheriff Margaret Mims, and Sgt. Jason McCahill from the above-captioned action without prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i).

DATED: August 1, 2013              The May Firm, Inc.

                          By:      s/*Robert May*
                                   Robert May
                                   Attorney for Plaintiff

It is so Ordered. Dated: 8-2-13

_____
United States District Judge