Robert May, SBN 250968
Garrett May, SBN 275909
**The May Firm, Inc.**
297 Santa Rosa Street, Suite B
San Luis Obispo, CA 93405
Phone:    (805) 980 7758
Fax:       (805) 980 7754

Robert Hamparyan, SBN 181934
Robert@hamparyanlawfirm.com
Laura Sasaki, SBN 187788
Laura@hamparyanlawfirm.com
**The Law Office of Robert Hamparyan**
4747 Executive Drive, Suite 700
San Diego, CA 92121
Phone:    (858) 737 3049
Fax:       (858) 737 3066

*Attorneys for Plaintiff Esperanza Booke*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA BOOKE, individually and as personal representative of the Estate of CHARLES SALINAS;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | CASE NO. 1:13-cv-00586-AWI-SAB<br><br>**NOTICE OF DISMISSAL OF DEFENDANTS COUNTY OF FRESNO, FRESNO COUNTY SHERIFF'S DEPARTMENT, SHERIFF MARGARET MIMS AND SGT. JASON McCAHILL WITHOUT PREJUDICE [F.R.C.P. Rule 41(a)(1)(A)(i)]**<br><br>Complaint Filed: April 18, 2013 |

FILED
AUG 0 2 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff Esperanza Booke, individually and as personal representative of the Estate of Charles Salinas, hereby dismisses Defendants County of Fresno, Fresno County Sheriff's Department, Sheriff Margaret Mims, and Sgt. Jason McCahill from the above-captioned action without prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i).

DATED: August 1, 2013                    The May Firm, Inc.

                                         By:      s/*Robert May*
                                                  Robert May
                                                  Attorney for Plaintiff

It is so Ordered. Dated: 8-2-13

_____
United States District Judge