# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA BOOKE,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF FRESNO, et al.,<br><br>  Defendants. | Case No. 1:13-cv-00586-AWI-SAB<br><br>ORDER RE STIPULATION<br><br>ECF NO. 35 |

On January 2, 2014, the parties in this action filed a stipulation to permit Plaintiff to file a First Amended Complaint. (ECF No. 35.) The Court approves the stipulation.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is granted leave to file the First Amended Complaint;
2. Plaintiff shall file the Amended Complaint within seven days from the date of service of this order; and
3. Defendants shall file their responsive pleading within fourteen days of the date of filing the Amended Complaint.

IT IS SO ORDERED.

Dated: **January 6, 2014**

UNITED STATES MAGISTRATE JUDGE

1