UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA BOOKE, individually and as personal representative of the Estate of CHARLES SALINAS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | Case No.: 1:13-cv-00586-AWI-SAB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Date:    June 3, 2014<br>Time:   9:30 a.m.<br>Crtrm:  8<br><br>Magistrate Judge Barbara A. McAuliffe |

On May 30, 2014, Defendants CITY OF SANGER; SANGER CHIEF OF POLICE SILVER RODRIGUEZ; OFFICER ROBERT PULKOWNIK; OFFICER ANGELA YAMBUPAH; OFFICER JASON BOUST; and OFFICER PRESTON LITTLE ("Defendants") and Plaintiff ESPERANZA BOOKE, individually and as personal representative of the Estate of CHARLES SALINAS ("Plaintiff"), submitted a stipulation to continue the Settlement Conference, currently scheduled before the Honorable Magistrate Judge Barbara A. McAuliffe on June 3, 2014 at 9:30 a.m. in Courtroom 8.

Good cause appearing, the stipulation is hereby granted. The June 3, 2014 date is hereby vacated. The Settlement Conference is re-scheduled for August 26, 2014 at 9:30 a.m. in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe. At least one (1) week

prior to the Settlement Conference, the parties shall submit a Confidential Settlement Conference Statement directly to Judge McAuliffe's chambers by e-mail to BAMOrders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **June 2, 2014**        /s/ *Barbara A. McAuliffe*
                    UNITED STATES MAGISTRATE JUDGE