DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:  (415) 697-2000
Facsimile:  (415) 813-2045

Attorneys for Defendants
CITY OF SANGER, SANGER CHIEF OF POLICE
SILVER RODRIGUEZ, OFFICER ROBERT
PULKOWNIK, OFFICER ANGELA YAMBUPAH,
OFFICER JASON BOUST, and OFFICER PRESTON
LITTLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA BOOKE, individually and as personal representative of the Estate of CHARLES SALINAS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | Case No.: 1:13-cv-00586-AWI-SAB<br><br>**STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT DEADLINES** |

The parties seek an order of the court extending the deadline for plaintiff to file opposition to defendants' motion for summary judgment, and the corresponding reply by defendants, due to a medical emergency delaying the deposition of an expert of the defendants. Dr. Matthew Sharps, disclosed as a cognitive expert for defendants, was set to be deposed on Monday, December 15, 2014. On Saturday, December 13, 2014, his wife suffered a heart attack and has been hospitalized. Dr. Sharps is not available as a result, and that may prejudice the ability of plaintiff's effort to oppose the motion for summary judgment and/or adjudication filed by defendants. The current schedule calls for plaintiff's opposition to be filed by December 29, 2014 and the reply by January 5, 2015. The parties stipulate and request that the new date for

opposition be January 19, 2015 and the new date of the reply be January 26, 2015. The parties further stipulate and request a continuance of the hearing date, which is currently set for January 12, 2015, to a date on or after February 2, 2015.

Dated: December 16, 2014                ALLEN, GLAESSNER,
                                        HAZELWOOD & WERTH, LLP


                                        By:  /s/ Dale L. Allen, Jr.
                                            DALE L. ALLEN, JR.
                                            KEVIN P. ALLEN
                                            Attorneys for Defendants
                                            CITY OF SANGER, SANGER CHIEF OF
                                            POLICE SILVER RODRIGUEZ, OFFICER
                                            ROBERT PULKOWNIK, OFFICER
                                            ANGELA YAMBUPAH, OFFICER JASON
                                            BOUST, and OFFICER PRESTON LITTLE

Dated: December 16, 2014                LAW OFFICE OF ROBERT HAMPARYAN


                                        By:  /s/Laura M. Sasaki
                                            LAURA M. SASAKI
                                            Attorneys for Plaintiff
                                            ESPERANZA BOOKE, individually and as
                                            personal representative of the Estate of
                                            CHARLES SALINAS


IT IS SO ORDERED:

Plaintiff's opposition to defendants' motion for summary judgment is due on January 19, 2015 and defendants' reply is due on January 26, 2015. The hearing on defendants' motion for summary judgment is continued to February 2, 2015 at 1:30 p.m. before Judge Anthony W. Ishii.


IT IS SO ORDERED.

Dated: **December 17, 2014**              _____
                                          UNITED STATES MAGISTRATE JUDGE

2