1   DALE L. ALLEN, JR., State Bar No. 145279
    dallen@aghwlaw.com
2   KEVIN P. ALLEN, State Bar No. 252290
    kallen@aghwlaw.com
3   ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
    180 Montgomery Street, Suite 1200
4   San Francisco, CA  94104
    Telephone:      (415) 697-2000
5   Facsimile:      (415) 813-2045

6   Attorneys for Defendants
    CITY OF SANGER, SANGER CHIEF OF POLICE
7   SILVER RODRIGUEZ, OFFICER ROBERT
    PULKOWNIK, OFFICER ANGELA YAMBUPAH,
8   OFFICER JASON BOUST, and OFFICER PRESTON
    LITTLE

9

10                 UNITED STATES DISTRICT COURT

11               EASTERN DISTRICT OF CALIFORNIA

12

13  ESPERANZA BOOKE, individually and        Case No.: 1:13-cv-00586-AWI-SAB
    as personal representative of the Estate of
14  CHARLES SALINAS,                          **STIPULATION AND ORDER TO CONTINUE
                                              PRETRIAL CONFERENCE**
15                       Plaintiff,
                                              **Date:**        April 15, 2015
16          v.                                **Time:**        8:30 a.m.
                                              **Courtroom:**   2, 8th Floor
17  COUNTY OF FRESNO, et al.,                 **Judge:**       Hon. Anthony W. Ishii

18                       Defendants.          **Trial Date:**  June 2, 2015

19

20          Due to a recent personal conflict that developed on Mr. Allen's calendar unforeseen at the

21  time the pretrial conference was set, the parties have stipulated in a request of the court that the

22  pretrial conference currently set for April 15, 2015 at 8:30 a.m. be moved to April 23, 2015 at

23  10:00 a.m.  The parties also stipulate that the pretrial conference statement shall now be due on

24  April 16, 2015.

25  ///

26  ///

27  ///

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1
STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE

1

2

Dated:  April 6, 2015

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

3

By:   /s/ Dale L. Allen, Jr.
DALE L. ALLEN, JR.

4

KEVIN P. ALLEN
Attorneys for Defendants

5

CITY OF SANGER, SANGER CHIEF OF
POLICE SILVER RODRIGUEZ, OFFICER

6

ROBERT PULKOWNIK, OFFICER
ANGELA YAMBUPAH, OFFICER JASON

7

BOUST, and OFFICER PRESTON LITTLE

8

9

Dated:  April 6, 2015

LAW OFFICE OF ROBERT HAMPARYAN

10

By:   /s/ Laura M. Sasaki

11

LAURA M. SASAKI
Attorneys for Plaintiff

12

ESPERANZA BOOKE, individually and as
personal representative of the Estate of

13

CHARLES SALINAS

14

15

**ORDER**

16

The pretrial conference currently scheduled for April 15, 2015 has been continued to

17

**April 23, 2015 at 10:00 a.m.** and the pretrial conference statement shall be due on April 16,

18

2015.

19

20

IT IS SO ORDERED.

21

Dated:   April 6, 2015

22

SENIOR  DISTRICT  JUDGE

23

24

25

26

27

28

<div style="writing-mode: vertical-rl">ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104</div>

STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE

45107.1