UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA BOOKE, individually and as personal representative of the Estate of CHARLES SALINAS;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | CASE NO. 1:13-cv-00586-AWI-SAB<br><br>**STIPULATION RE: WAIVER OF COSTS/MALICIOUS PROSECUTION CLAIM IN EXCHANGE FOR WAIVER OF NEW TRIAL MOTION/APPEAL AND [PROPOSED] ORDER**<br><br>Complaint Filed: April 18, 2013<br>Date Judgment Entered: March 1, 2016 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

### **STIPULATION**

1. **STIPULATING PARTIES (Collectively referred to as "Parties")**

   A.   Plaintiff Esperanza Booke, as the personal representative of the Estate of Charles Salinas, and on behalf of the decedent, Charles Salinas, and the surviving heirs, George Salinas, Jennie Ruiz, Lewis Salinas and Ignacio Salinas, on the survival and wrongful death claims; and

92688.1

B.   Defendants City of Sanger, Jason Boust, Preston Little, Robert Pulkownik, and Angela Yambupah.

## 2. **RECITALS**

WHEREAS, Plaintiff filed this action against Defendants on April 18, 2013.

WHEREAS, the case was tried before a jury commencing on February 10, 2016, before the Senior United States District Judge, Anthony W. Ishii.

WHEREAS, on February 25, 2016, the jury returned a verdict in favor of Defendants.

WHEREAS, on March 1, 2016, the Court entered judgment in favor of Defendants.

WHEREAS, on March 9, 2016, Defendants filed a Memorandum of Costs for $22,196.89.

WHEREAS, on March 16, 2016, Plaintiff filed an Objection to Defendants' Memorandum of Costs.

WHEREAS, the deadline to file a motion for new trial is March 29, 2016.

WHEREAS, the parties hereby stipulate as follows:

## 3. **STIPULATED TERMS**

The Plaintiff and Defendants, by and through their respective counsel, hereby agree as follows:

A. Defendants' pending Memorandum of Costs is hereby withdrawn;

B. Plaintiff, individually and as the personal representative of the Estate of Charles Salinas, and the heirs of the Estate of Charles Salinas, hereby waives her right to file a Motion for New Trial and Appeal; and

C. Defendants, and each of them, release and waive any and all claims for malicious prosecution in connection with the incident alleged in the operative complaint and this action against Plaintiff, individually and as the personal representative of the Estate of Charles Salinas, and the heirs

92688.1

of the Estate of Charles Salinas, and their attorneys, witnesses and any other person affiliated with them.

IT IS SO STIPULATED.

Dated: March 29, 2016                ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By: /s/
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF SANGER, JASON BOUST, PRESTON LITTLE, ROBERT PULKOWNIK, and ANGELA YAMBUPAH

Dated: March 29, 2016                LAW OFFICE OF ROBERT HAMPARYAN

By: /s/
ROBERT HAMPARYAN
Attorneys for Plaintiff
ESPERANZA BOOKE, as personal representative of the Estate of CHARLES SALINAS

92688.1

## **ORDER**

The Court has read and considered the foregoing stipulation.

Good cause appearing therefor, IT IS HEREBY ORDERED:

1. Defendants' Memorandum of Costs for $22,196.89 is hereby withdrawn.
2. Plaintiff's Objection to Defendants' Memorandum of Costs is hereby withdrawn.

IT IS SO ORDERED.

Dated:   March 30, 2016                              _____
                                                                    SENIOR  DISTRICT  JUDGE

92688.1